IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01717-MSK-MJW

ROBERT REGAN,

Plaintiff(s),

v.

PARAMETRIC TECHNOLOGY CORPORATION,

Defendant(s).

MINUTE ORDER

        It is hereby ORDERED that the Amended Stipulated Motion for Protective Order (docket no. 19-1) is GRANTED.  The written Stipulated Protective Order (docket no. 19-2) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date:  January 17, 2007